**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 18-7052**

_____

GREGORY GREEN,

                    Petitioner - Appellant,

          v.

DONALD BECKWITH, Warden,

                    Respondent - Appellee.

_____

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Paige Jones Gossett, Magistrate Judge.  (0:17-cv-02784-RBH)

_____

Submitted:  December 18, 2018                    Decided:  December 21, 2018

_____

Before AGEE, THACKER, and HARRIS, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Gregory Green, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory Green seeks to appeal the magistrate judge's order denying his motion for bail pending the disposition of his 28 U.S.C. § 2254 (2012) petition. Because the parties did not consent to proceed before a magistrate judge and Green did not challenge the magistrate judge's order by objecting in the district court, the denial of his motion for bail is not subject to our appellate review. *See* 28 U.S.C. § 636(b), (c) (2012); *Colorado Bldg. & Constr. Trades Council v. B.B. Andersen Constr. Co.*, 879 F. 2d 809, 811 (10th Cir. 1989); *Gleason v. Sec'y of Health & Human Servs.*, 777 F. 2d 1324, 1324 (8th Cir. 1985).

Accordingly, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*